Mrs. Jessamine B. SIMMONS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12237.

Circuit Court of Appeals, Eighth Circuit.

Feb. 20, 1942.

Stanley S. Waite and H. M. Stolar, both of St. Louis, Mo., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review docketed and dismissed without taxation of costs in favor of either party in this Court, on motion of petitioner and consent of respondent.

Baird SNYDER, Acting Administrator of the Wage and Hour Division, United States Department of Labor, v. Richard J. HOP-KINS, Judge of the United States District Court for the District of Kansas.

No. 2452.

Circuit Court of Appeals, Tenth Circuit.

Feb. 12, 1942.

Samuel P. McChesney, Regional Atty., Wage and Hour Division, United States Department of Labor, of St. Louis, Mo., and Warner W. Gardner, Sol., United States Department of Labor, of Washington, D. C., for petitioner.

No appearance for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition dismissed on application of petitioner.

Norris G. STOREY, Appellant, v. ACCIDENT & CASUALTY INSURANCE COMPANY OF WINTERTHUR, SWITZERLAND, Appellee.

No. 9997.

Circuit Court of Appeals, Fifth Circuit.

March 26, 1942.

Joseph A. Loret, of Baton Rouge, La., for appellant.

John C. Hollingsworth, of New Orleans, La., for appellee.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

Upon the authority of Hunteman v. New Orleans Public Service, 5 Cir., 119 F.2d 465, the appeal is dismissed.